978

In the Matter of the Application of ALBERT ODSEN, Petitioner, Respondent, for an Order of Mandamus against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Appellant.

PER CURIAM. As petitioner denies that he attempted any fraud in his examination, the order should be modified by granting an alternative order so that the issues of fact involved may be tried, and as so modified affirmed, without costs. (See *Matter of Pape* v. *Kern*, 263 App. Div. 557, decided simultaneously herewith.)

Dore, Cohn and Callahan, JJ., concur; Martin, P. J., and Townley, J., dissent and vote to affirm.

Order modified by granting an alternative order so that the issues of fact involved may be tried, and as so modified affirmed, without costs. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE GREATER PYTHIAN TEMPLE ASSOCIATION OF NEW YORK, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent on the ground that where the failure of the exempted fraternal corporation to have a net income from its real property is due to such fortuitous circumstances as the amount of carrying charges and not to any design of the property owner such as diversion of income, the statutory exemption afforded by subdivision 6 of section 4 of the Tax Law should apply. In *Matter of Syracuse Masonic Temple* (270 N. Y. 8) it appeared that the non-existence of net income to apply to the charitable purpose was a situation intentionally brought about by the fraternal corporation.

In the Matter of the Judicial Settlement of the Account of Proceedings of R. GARFIELD SNYDER, as Executor, etc., of ANNE MARIE GOEBEL, Deceased. R. GARFIELD SNYDER, Claimant, Executor, Appellant; R. GARFIELD SNYDER, Executor, Respondent, and EMMA ZIEGLER and Others, Objectants, Respondents.— Appeal by the claimant-executor from order denying motion to vacate decree and for a new hearing on the ground of newly-discovered evidence unanimously dismissed. [See *ante*, p. 516.] No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

STANLEY M. MUSICANTE, Appellant, v. ESDORN LUMBER CORPORATION, Respondent.— Order entered December 12, 1941, so far as appealed from, unanimously modified by further denying defendant's motion for a bill of particulars as to items 1, 2, 3, 4, 5, 6, 8, 10, and that part of item 12 of defendant's notice of motion set forth in the last two sentences thereof, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Bill of particulars to be served within ten days after service of order. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.